

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 26, 2025

**By ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> The application is __X__ granted
> ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __9/26/2025__
> New York, New York

    **Re:**    *United States v. Adrien Norman*, 25 Cr. 213 (ER)

Dear Judge Ramos:

    Trial in this matter is scheduled to begin on November 3, 2025, and the Government's current deadline to make its expert disclosures is today, September 26, 2025. This morning, defense counsel advised the Court that his client intends to enter a plea in this matter rather than proceeding to trial, and a plea hearing was scheduled for October 1, 2025. As such, the Government respectfully requests that its deadline to make its expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) be extended. The defense consents to this request.

                                    Respectfully submitted,

                                    JAY CLAYTON
                                    United States Attorney

                     by: _____
                          Rebecca Delfiner
                          Assistant United States Attorney
                          (212) 637-2427

cc: Martin Cohen, Esq.